Exhibit "2" of Plaintiff's First Amended Complaint

Antoinette C. Taylor
1082 Dotland Circle
Shelbyville, Kentucky 40065
502.437.5375


May 17, 2013


Re:     Taylor v. Holiday Inns et al.

Registered Agent of Holiday Inns Incorporated d/b/a
InterContinental Hotels Group (IHG)
Linda Banks, Representative
Corporation Process Company
2180 Satellite Boulevard, Suite 400
Duluth, Georgia 30097

Registered Agent of Jaydev Nilmani Dholakia d/b/a Dhol Enterprises, LLC and
Holiday Inn Express Hotel & Suites
Usha J. Dholakia, Representative
419 Landis Lakes Court
Louisville, Kentucky 40245

Dear Ms. Banks and Ms. Dholakia:

    You are hereby noticed that I have filed a permanent injunction against your clients in the above case under Rule 65(a)(1)(2) of the Federal Rules of Civil Procedure in effort to stop racial discriminatory, unfair, and deceptive hotel practices under the Franchise Rule and Title 42 § 1981.

Sincerely,

*[signature: Antoinette C. Taylor]*

Antoinette C. Taylor

C.    Attached as Exhibit II in Plaintiff's First Amended Complaint
      File