UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

| | | |
|---|---|---|
| Antoinette C. Taylor, an individual | ) | CASE NO. 3:13cv-00010-GFVT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Eastern District of Kentucky |
| | ) | **F I L E D** |
| | ) | |
| Holiday Inns Incorporated d/b/a | ) | FEB 1 9 2014 |
| InterContinental Hotels Group acts as delegator; | ) | AT FRANKFORT |
| Jaydev Nilmani Dholakia d/b/a | ) | ROBERT R. CARR |
| Dhol Enterprises, LLC, individually and in his | ) | CLERK U.S. DISTRICT COURT |
| Capacity as General Manager and delegatee, | ) | |
| inclusive, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

### ANTOINETTE C. TAYLOR'S MOTION FOR RECUSAL OF
### HON. GREGORY F. VAN TATENHOVE

Pursuant to Title 28 U.S.C. §§ 144 and 455, comes now, Plaintiff Antoinette C. Taylor,

*pro se*, individually, and moves to recuse the Honorable Gregory F. Van Tatenhove from all

further proceedings for the reasons that the United States District Judge is biased and prejudiced

against plaintiff solely because of her race and color, African-American and for the further

reason that he is biased and prejudiced against *pro se* litigants seeking justice and fairness and

exercising their constitutional rights and desiring due process as evidenced by his comments on

the record, and for the further reason that he is biased and prejudiced against *pro se* litigants in

the context alleging claims against hotels, banks, and other types of businesses for racial

discrimination in violation of Canon 1, 2, and 3 of the Federal Code of Judicial Conduct, all as

more particularly appears in the Affidavit of Bias and Prejudiced submitted herewith.

WHEREFORE, Plaintiff respectfully moves and prays that the

Honorable Gregory F. Van Tatenhove remove and disqualify himself as judge, or that the instant

motion be heard by a judge other than U.S. District Judge Tatenhove pursuant to the doctrine of

Johnson v. District Court, 674 P.2d 952 (1984), to the end that another judge be assigned to hear

and try all matters in the instant case. This is the 19th day of February 2014.

Respectfully submitted,

Antoinette C. Taylor, Plaintiff in *Pro Se*
1082 Dotland Circle
Shelbyville, Kentucky 40065
502.437.5375

## VERIFICATION AND AFFIDAVIT

COMMONWEALTH OF KENTUCKY
COUNTY OF SHELBY

Before me, the undersigned authority, personally came and appeared the affiant named below, whom, being first dully sworn upon oath, desposed, and said that she has read the above and foregoing document and knows the contents thereof, and that all statements of fact contained therein are true.

This is the 19th day of February 2014.

Antoinette C. Taylor, Affiant

Subscribed and sworn to before me, this _____ 19th _____ day of February 2014.

Notary Public, Kentucky, State-at-Large

My Commission Expires: September 19, 2015

Page 2 of 3

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular U.S. Mail on this _____ 19th _____ day of ___ February ___, 2014, to the following:

William A. Blue, Jr., Esq.
Constangy, Brooks & Smith, LLP
401 Commerce Street, Suite 700
SunTrust Plaza
Nashville, Tennessee 37219
*Counsel for Holiday Inns Incorporated d/b/a*
*InterContinental Hotels Group (IHG)*

Jennifer K. Nordstrom, Esq.
Michelle L. Burden, Esq.
Garvey/Shearer, PSC
11260 Chester Road, Suite 110
Cincinnati, Ohio 45246
*Counsel for Jaydev Nilmani Dholakia d/b/a*
*Dhol Enterprises, LLC and*
*Holiday Inn Express Hotel & Suites*

## Proposed Order Granting Plaintiff's Motion to Recuse

Upon consideration of Plaintiff's Motion to Recuse and review of supporting

documentation, and after being sufficiently advised, the Court hereby GRANTS Plaintiff's

Motion.

This _____ day of _____, 2014.

_____
U.S. District Court Judge