**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CASE NO. 3:13-CV-10-GFVT**

| | |
|---|---|
| **ANTIONETTE C. TAYLOR, AN INDIVIDUAL** | **PLAINTIFF,** |
| **-VS-** | |
| **HOLIDAY INNS INCORPORATED, D/B/A INTERCONTINENTAL HOTELS GROUP ACTS AS DELEGATOR; JAYDEV NILMANI DHOLAKIA, D/B/A DHOL ENTERPRISES, LLC, INDIVIDUALLY AND IN HIS CAPACITY AS GENERAL MANAGER AND DELEGATEE, INCLUSIVE,** | **DEFENDANTS.** |

**SECOND MOTION TO DISMISS OF DEFENDANT, JAYDEV NILMANI DHOLAKIA D/B/A DHOL ENTERPRISES, LLC**

Defendant, Jaydev Nilmani Dholakia d/b/a Dhol Enterprises, LLC, moves this Court to Dismiss Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). After a second attempt, Plaintiff has failed to state a claim upon which relief can be granted. This motion is supported by the attached memorandum.

Respectfully submitted,

GARVEY │ SHEARER, PSC


*/s/Michelle L. Burden*
Jennifer K. Nordstrom (87687)
Michelle L. Burden (90231)
11260 Chester Rd., Suite 110
Cincinnati, OH 45246
Phone:  (513) 445-3373
FAX:  (866) 675-3676
jnordstrom@garveyshearer.com,
mburden@garveyshearer.com
*Attorneys for Defendants*

**MEMORANDUM**

Though more concise than the previous 32 page Amended Complaint, Plaintiff's More Definite Statement is anything but more clear. Or more definite. In response to Defendants' motions for a more definite statement, this Court ordered Plaintiff to present her claims in an intelligible manner that comports with the Federal Rules of Civil Procedure and supported by the law. Once again, Plaintiff failed to do so. Instead, Plaintiff simply regurgitated statements from her Amended Complaint that are no more intelligible today than they were in May of 2013.

In what appears to be Plaintiff's attempted More Definite Statement, she sets forth 14 paragraphs of apparent legal claims. These include racial discrimination; negligent infliction of emotional distress; breach of fiduciary duty, duty of loyalty, and duty of due care; res ipsa loquitur and respondeat superior; negligent hiring, retention, and training; negligent supervision; retaliation; conspiracy; breach of implied covenant of good faith and fair dealing; and violations of the Federal Trade Commissions Act and The Franchise Rule. However, nowhere in this Statement are any facts set forth to support these allegations.

Despite a second bite at the apple, Plaintiff has failed to correct any defects of her initial Complaint or Amended Complaint. Her Statement is unintelligible, redundant, and cites completely inapplicable law. There is no set of facts by which any alleged cause of action can be supported.

In Defendant's previous Motion to Dismiss or in the Alternative, for a More Definite Statement, Defendant discussed each of these allegations and the lack of any support whatsoever, either under the law, or under the minimum facts cited by Plaintiff. Plaintiff has decided not to abandon these claims, yet she has failed to show how this Defendant has wronged her. Therefore, Defendant adopts, as if specifically stated here, the Statement of Facts and Legal Analysis from the previous motion in support of this Motion to Dismiss. Similarly, Co-

3

garvey | shearer
PSC

Defendant, Holiday Hospitality Franchising, LLC, filed another Motion to Dismiss for Plaintiff's failure to correct the defects of her Amended Complaint. Defendant also adopts, as if specifically written here, the arguments and statements set forth in Co-Defendants' Motion to Dismiss.

Plaintiff failed to heed this Court's Order to set forth a set of facts to support her allegations against the Defendants. Plaintiff has apparently been down this road before without success, and this case is no different. Defendant continues to be in the dark as to the allegations against him and more importantly, how to defend himself against them. For these reasons, Defendant, Jaydev Nilmani Dholakia d/b/a Dhol Enterprises, LLC, respectfully requests this Court dismiss Plaintiff's Amended Complaint and More Definite Statement with prejudice.

Respectfully submitted,

GARVEY│SHEARER, PSC


*/s/Michelle L. Burden*
Jennifer K. Nordstrom (87687)
Michelle L. Burden (90231)
11260 Chester Rd., Suite 110
Cincinnati, OH 45246
Phone:  (513) 445-3373
FAX:  (866) 675-3676
jnordstrom@garveyshearer.com,
mburden@garveyshearer.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the above document was served by the Court using the CM/ECF system which will send notification of such filing this 24th day of February, 2014, upon the following:

William A. Blue, Jr.
CONSTANGY, BROOKS & SMITH, LLP
401 Commerce Street, Suite 700
SunTrust Plaza
Nashville, TN 37219
zblue@constangy.com, dwinfree@constangy.com, tdotson@constangy.com
*Attorneys for Holiday Hospitality Franchising, LLC*

This is to certify that a true and accurate copy of the above document was served by regular U.S. Mail on this 24th day of February, 2013, upon the following:

Antionette C. Taylor
1082 Dotland Circle
Shelbyville, Kentucky 40065
*Pro Se Plaintiff*

                                                            */s/Michelle L. Burden*
                                                            Jennifer K. Nordstrom
                                                            Michelle L. Burden