Eastern District of Kentucky
FILED
MAR 0 3 2014
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

| | |
|---|---|
| Antoinette C. Taylor, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> Holiday Inns Incorporated d/b/a ) <br> InterContinental Hotels Group acts as delegator; ) <br> Jaydev Nilmani Dholakia d/b/a ) <br> Dhol Enterprises, LLC, individually and in his ) <br> Capacity as General Manager and delegatee, ) <br> inclusive, ) <br> ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 3:13cv-00010-GFVT <br><br> **PLAINTIFF SECOND RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

\* \* \* \* \* \* \* \* \*

COMES NOW Plaintiff Antoinette C. Taylor, *pro se*, individually, respectfully submits her second response and opposition to Defendant Jaydev Nilmani Kholakia d/b/a Dhol Enterprises, LLC Motion to Dismiss states as follows:

1. A reasonable person would have understood the claims against them as outlined in the Complaint and in Plaintiff's more definite statement regarding racial discrimination claims contrary to Defendant's proffered reasons.

2. A dishonest person would lie and pretend that he or she does not understand the claims against them as outlined in the Complaint and in Plaintiff's more definite statement regarding discrimination claims contrary to Defendant's subjective analysis.

3. A fair and impartial judge would disallow a misuse of the judicial system such as Defendant pretending that he does not understand the claims against him as outlined in the Complaint and Plaintiff's more definite statement regarding discrimination claims contrary to Defendant's disagreement with the claims and violations against him.

4. For all of the foregoing reasons, Defendant's Motion to Dismiss must be denied.

**DATED:** February 28, 2014

Respectfully submitted,

Antoinette C. Taylor, Plaintiff in *Pro Se*
1082 Dotland Circle
Shelbyville, Kentucky 40065
502.437.5375

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular U.S. Mail on this 1st day of March, 2014, to the following:

William A. Blue, Jr., Esq.
Constangy, Brooks & Smith, LLP
401 Commerce Street, Suite 700
SunTrust Plaza
Nashville, Tennessee 37219
*Counsel for Holiday Inns Incorporated d/b/a*
*InterContinental Hotels Group (IHG)*

Jennifer K. Nordstrom, Esq.
Michelle L. Burden, Esq.
Garvey/Shearer, PSC
11260 Chester Road, Suite 110
Cincinnati, Ohio 45246
*Counsel for Jaydev Nilmani Dholakia d/b/a*
*Dhol Enterprises, LLC and*
*Holiday Inn Express Hotel & Suites*